# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HARRISON, *et al.*, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>TONYA FORDE, *et al*., )<br>    Defendants. ) | CIVIL ACTION: 1:23-00375-KD-N |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(a)-(b), Fed.R.Civ.P. 72, and S.D. Ala. GenLR 72(a)-(b), and dated January 8, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiffs' motion to remand (Doc. 5) is **DENIED.**

**DONE** and **ORDERED** this the **29th** day of **January 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**